FILED by **RB** D.C.
ELECTRONIC
Oct 14, 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**10-80149-CR-MARRA/HOPKINS**

CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

UNITED STATES OF AMERICA

vs.

CHRISTOPHER PAUL GEORGE,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about May 17, 2009 through March 3, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER PAUL GEORGE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that the firearm and ammunition involved in this offense are:

a)  One Smith and Wesson 9 mm. Pistol, Serial No. KLB1586, and magazine;

b) One Remington 870 Shotgun, Serial No. AB8009523M;

c) One Benelli I-12 Diamond Shotgun, Serial No. BF04937;

d) One hundred and eleven (111) rounds of Remington 12 gauge shotgun ammunition;

e) Seventy-five (75) rounds of Federal 12 gauge shotgun ammunition; and

f) Five (5) rounds of Luger 9 mm. ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of Count 1 of this Indictment are realleged and, by this reference, fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CHRISTOPHER PAUL GEORGE**, has an interest.

2. Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation. The property subject to forfeiture includes but is not limited to the following:

a) One Smith and Wesson 9 mm. Pistol, Serial No. KLB1586, and magazine;

b) One Remington 870 Shotgun, Serial No. AB8009523M;

c) One Benelli I-12 Diamond Shotgun, Serial No. BF04937;

d) One hundred and eleven (111) rounds of Remington 12 gauge shotgun ammunition;

     e)     Seventy-five (75) rounds of Federal 12 gauge shotgun ammunition; and

     f)     Five (5) rounds of Luger 9 mm. ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
LAWRENCE D. LaVECCHIO
ASSISTANT U.S. ATTORNEY

*[signature]*
PAUL F. SCHWARTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER PAUL GEORGE

**Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    ____ Key West
____ FTL    X    WPB    ____ FTP

New Defendant(s)        XX Yes    ____ No
Number of New Defendants    1
Total number of counts    1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    ____
   List language and/or dialect    _____

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                            (Check only one)

   I    0 to 5 days        X____        Petty        ____
   II   6 to 10 days       ____         Minor        ____
   III  11 to 20 days      ____         Misdem.      ____
   IV   21 to 60 days      ____         Felony       X____
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    ____ Yes    X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?    ____ Yes    X No
   If yes, was it pending in the Central Region?    ____ Yes    ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    X No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ____ Yes    X No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    X No

_____
Lawrence D. LaVecchio
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A005500030

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **CHRISTOPHER PAUL GEORGE**

Count #: 1          18 U.S.C. §§ 922(g)(1), 924(a)(2); Possession of a firearm by a convicted person;

\* Max.Penalty:      10 years imprisonment, $250,000 fine

Count #: 2

\* Max.Penalty:

Counts #: 3

\* Max.Penalty:

Counts #: 4

\* Max.Penalty:

Counts #: 5

\* Max.Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.