◆AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CHRISTOPHER PAUL GEORGE

**EXHIBIT AND WITNESS LIST**

Case Number: 10-80149-Cr-Marra/Hopkins

| PRESIDING JUDGE U.S. Magistrate Judge James M. Hopkins | PLAINTIFF'S ATTORNEY AUSA Lawrence D. LeVecchio | DEFENDANT'S ATTORNEY Fred Haddad (Ret.) |
|---|---|---|
| TRIAL DATE (S) Detention Hearing 10/21/2010 | COURT REPORTER Tape # JMH-10-69-2779/71-1 DAR: 10:01:10/10:49:33 | COURTROOM DEPUTY Tanya McClendon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/21/2010 | Yes | Yes | Picture |
| 2 | | 10/21/2010 | Yes | Yes | Picture |
| 3 | | 10/21/2010 | Yes | Yes | Picture |
| 4 | | 10/21/2010 | Yes | Yes | Picture |
| 5 | | 10/21/2010 | Yes | Yes | Picture |
| 6 | | 10/21/2010 | Yes | Yes | Picture |
| 7 | | 10/21/2010 | Yes | Yes | Picture |
| x | | 10/21/2010 | | | Government Witness - FBI S/A Jennifer Turner - sworn/testified |

FILED by _JM_ D.C.

OCT 2 1 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. DE# 10-80149-CR-Marra/Hopkins

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ BANKRUPTCY RECORD (all documents)
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☒ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

## PLEASE REFER TO COURT FILE