UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL AND
TO ALLOW SEVEN ADDITIONAL DAYS TO FILE MOTIONS**

    COMES NOW the Defendant, Christopher George, through counsel undersigned and presents this Unopposed Motion to Continue Trial and to Allow Seven Additional Days to File Motions and as would state as follows:

    1.    This matter is scheduled for Calendar Call on March 11, 2011 with a two week trial period beginning March 14, 2011.

    2.    As the Defendant has previously advised the Court, this case involves voluminous discovery, three wiretaps, search warrants and other matters that need be addressed, albeit, at the present time, the charges sound only in felon in possession of a firearm.

    3.    The Government is planning on superseding the Indictment by the end of March, and hence not only does not oppose this Motion but in fact based on the undersigned's conversation with the prosecution agrees that additional time is necessary.

    4.    The undersigned has written and the undersigned's assistant/paralegal

has been typing Motions to Suppress Wiretap Evidence and to Quash Search Warrant as well as attempting to help edit as she types, as these Motions are quite lengthy.

5. The undersigned's assistant, who has been out for five work days, is presently in the office with the flu attempting to try to complete the typing and editing of these Motions.

6. That the undersigned's other assistant, at the most inopportune time, to wit: two weeks ago failed to appear at the office and quit by text message due to marital problems which caused even more issues due to the normal business activity of the office and the illness of the secretary.

7. The undersigned has been in conversations with the prosecutors due to the fact that part of the evidence to be introduced in this matter came from the Defendant's computer, allegedly, that was located in his office. The undersigned has been seeking both the search warrant for the office and the once for the computer, if such exists, and obviously the undersigned could prepare a Motion to Suppress within the seven days of the present due date if the time were extended as the undersigned believes the affidavits for all search warrants will be similar, if not exact.

8. The undersigned is also awaiting other discovery as was noticed in the previous Motion for Extension of Time to File Motions.

9. The undersigned would represent that the Motions in this matter are extensive and will require, the undersigned believes, some amount of time for the Government to respond as the Defendant, as to all warrants, will be seeking a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) and, due to the numerous conversations cited in the Motions, a reply will be lengthy.

10. The undersigned would attest that he has been in frequent with the prosecutors about this matter, has been diligently preparing Motions and were it not

for the illness of the undersigned's assistant, would have these Motions ready by Monday, 7 March.

11.     The undersigned now respectfully requests seven days to edit and finalize these Motions which will be to the benefit to all persons who have to read these documents.

12.     The undersigned, not matter what, would be requesting a continuance of the trial as he has assured the Government he would so do and further to fully protect the Defendant's interests and Fourth Amendment rights the matter is respectfully request to be continued.

13.     In accordance with the local rules, the undersigned would advise that he spoke with Assistant United States Attorney Paul Schwartz on even date herewith and he agrees to the above continuance and extension.

WHEREFORE the Defendant would request that this Motion be granted.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

| | |
|---|---|
| Lawrence D. LaVecchio, Esq.<br>Office of the United States Attorney<br>500 E. Broward Blvd., 7th Floor<br>Fort Lauderdale, Florida 33301 | Paul Schwartz, Esq.<br>Office of the United States Attorney<br>500 E. Broward Blvd., 7th Floor<br>Fort Lauderdale, Florida 33301<br><br>FRED HADDAD, P.A.<br>One Financial Plaza, Suite 2612<br>Fort Lauderdale, Florida 33394<br>Tel:   [954] 467-6767<br>Fax:  [954] 467-3599<br><br>By:___*/Fred Haddad_____<br>        FRED HADDAD<br>        Florida Bar No. 180891<br>        Email: Dee@FredHaddadLaw.com |