UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
    Defendant.
_____/

### UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT MOTIONS AFTER RECEIPT OF FURTHER DISCOVERY AND AFTER SUPERSEDING INDICTMENT

COMES NOW the aforesaid, by the counsel undersigned, and makes the above Motion and would state as follows:

1.    The Defendant is filing certain Motions to Quash Search Warrant and Suppress Evidence directed to evidence seized from his home and certain conversations, all of which relate, at the present time, to the charges of felon in possession of a firearm.

2.    The Defendant is also filing his Initial Motion to Suppress Wiretap Evidence that stems from the three wiretap orders that were entered. The only "evidence" from the wiretap to be introduced at the present time are certain conversations in March 2010 regarding the firearm now at issue that occurred after execution of the search warrant.

3.    However, wiretap evidence was employed to obtain the search warrant and hence all three wiretaps in all aspects must be reviewed upon the Superseding

Indictment being returned.

4. The Defendant, as the Motions for Extension of Time set forth was, and still is seeking a good deal of discovery surrounding the wiretaps, including minimization logs, bank records, completed CDs of conversations and those matters contained in the various emails attached to the Motions for Extension. Indeed, the defense has been seeking, since the pretrial detention hearing and without any success, this supposed "Robby" tape of the Defendant conspiring with "Zack" to have "Robby" [CS-2] killed.

5. There are issues with minimization that while raised cannot be fully addressed without logs, and reports, particularly as to calls the Defendant made to various lawyers. Certainly questionable interceptions exist, to say the least.

6. The Defendant has also raised issues about the financial aspects of the wiretap and search warrant assertions and has requested the Defendant's bank records again to no avail. The Motions set out, at least in the defense opinion, serious questions about what was presented to the issuing Judges and the manner thereof.

7. There is promised to be a major Superseding Indictment stemming from these wiretaps; the Defendant would of course need to review how and why what charges may be lodged against the Defendant and what Motions may be applicable, modified or expanded to any new charge.

8. The picture, in the instant case, of the Defendant allegedly holding firearms was extracted apparently from the Defendant's computer which was within the Defendant's office. The Defendant asked for but has not yet received that search warrant and application, and also if obtained, the search warrant for the computer.

9. The Defendant would, based upon the above, thus move that he be allowed to supplement Motions as requested.

10.     The Defendant has spoken with Assistant United States Attorney Lawrence LaVecchio who advised he has no objection to the granting of this Motion.

WHEREFORE the Defendant would request that this Motion be granted.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Lawrence D. LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

Paul Schwartz, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:     */Fred Haddad
          FRED HADDAD
          Florida Bar No. 180891
          Email: Dee@FredHaddadLaw.com