UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   10-80149-CR-MARRA/HOPKINS

**UNITED STATES OF AMERICA,**
              **Plaintiff,**

    **V.**

**CHRISTOPHER GEORGE,**
              **Defendant.**
_____/

GOVERNMENT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO RESPOND TO DEFENSE MOTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Unopposed Motion requesting an additional 30 days within which to respond to the defendant's Motions to suppress herein and, in support thereof, asserts the following:

1.  On March 14, 2011, after receiving several unopposed extensions of time,[1] the defendant filed his Initial Motion to Quash Search Warrant and Suppress Evidence (DE 40) and Initial Motion to Suppress Wiretap Evidence (DE 41), which are comprised of 34 and 47 pages, respectively.

2.  The aforesaid Motions are largely fact-specific and require a detailed analysis of the underlying documents and other supporting materials, which are also rather lengthy, in order to construct a comprehensive response that identifies, narrows and addresses the relevant issues.  This

---

[1] Unopposed extensions of time for the defendant to file his Motions herein were granted by this Court on November 12, 2010 (DE 20), December 14, 2010 (DE 28), January 11, 2011 (DE 31), February 14, 2011 (DE 36) and March 3, 2011 (DE 38).

includes a review of the various intercepted communications cited in the defendant's Motions.

3. The undersigned and the agents with whom he must confer in this matter have been engaged in other time-sensitive pursuits, including the preparation of a superseding indictment to be presented in the instant case.

4. The undersigned has conferred with Fred Haddad, counsel for the defendant, who has authorized the undersigned to state that he is not opposed to the Court's granting the request being made herein.

WHEREFORE, the government respectfully requests that this Court grant an extension of time of 30 days for the government to respond to the aforesaid defense Motions pending herein, to and including April 27, 2011.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By      /s/ Lawrence D. LaVecchio
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar. No. 0305405
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel. (954) 356-7255 Ext. 3588 / (954) 356-7230 - fax
lawrence.lavecchio@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 25, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      /s/ Lawrence D. LaVecchio
      LAWRENCE D. LaVECCHIO
      ASSISTANT UNITED STATES ATTORNEY