UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   10-80149-CR-MARRA/HOPKINS

UNITED STATES OF AMERICA,
        Plaintiff,

V.

CHRISTOPHER GEORGE,
        Defendant.
_____/

GOVERNMENT'S UNOPPOSED MOTION FOR 21-DAY EXTENSION
OF TIME TO RESPOND TO DEFENSE MOTION
TO SUPPRESS WIRETAP EVIDENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Unopposed Motion requesting an additional 21 days within which to respond to the defendant's Motion to Suppress Wiretap Evidence herein and, in support thereof, asserts the following:

1. On March 14, 2011, after receiving several unopposed extensions of time,[1] the defendant filed his Initial Motion to Quash Search Warrant and Suppress Evidence (DE 40) and Initial Motion to Suppress Wiretap Evidence (DE 41), which are comprised of 34 and 47 pages, respectively.

2. On February 28, 2011, this Court entered an Order granting the government additional time within which to respond to the aforesaid Motions (DE 45).  Those Responses are currently due on April 27, 2011.

3. The government will be timely filing its Response to the defendant's Motion to Quash Search Warrant and Suppress Evidence (DE 40).  However, the undersigned requires additional time

---

[1] Unopposed extensions of time for the defendant to file his Motions herein were granted by this Court on November 12, 2010 (DE 20), December 14, 2010 (DE 28), January 11, 2011 (DE 31), February 14, 2011 (DE 36) and March 3, 2011 (DE 38).

to prepare the Response to the Initial Motion to Suppress Wiretap Evidence (DE 41). That Motion is largely fact-specific and requires a detailed analysis of the underlying documents and other supporting materials, which are also rather lengthy, in order to construct a comprehensive response that identifies, narrows and addresses the relevant issues. This includes a review of the various intercepted communications cited in the defendant's Motion and the preparation of final transcripts for submission to the Court.

3. The undersigned and the agents with whom he must confer in this matter have been engaged in other time-sensitive matters, including the preparation of a superseding indictment to be presented in the instant case.

4. The undersigned has conferred with Fred Haddad, counsel for the defendant, who has authorized the undersigned to state that he is not opposed to the Court's granting the request being made herein.

WHEREFORE, the government respectfully requests that this Court grant an extension of time of 21 days for the government to respond to the aforesaid defense Motion to Suppress Wiretap Evidence pending herein, to and including May 18, 2011.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By    /s/ Lawrence D. LaVecchio
        LAWRENCE D. LaVECCHIO
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar. No. 0305405
        500 E. Broward Blvd., Suite 700
        Ft. Lauderdale, FL 33394
        Tel. (954) 356-7255 Ext. 3588 / (954) 356-7230 - fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    /s/ Lawrence D. LaVecchio
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY