UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
    Defendant.
_____/

**MOTION TO REQUEST DEFENDANT BE DETAINED
AT GUN CLUB FACILITY DUE TO COUNSEL'S
PRESENT MEDICAL SITUATION**

COMES NOW the undersigned counsel for the Defendant Christopher George and files this Motion to have the Defendant continued to be housed at the "Gun Club" facility due to counsel's present medical situation and as grounds would state as follows:

1.    This matter involves three wiretaps, numerous undercover tapes, undercover meetings with various individuals as well as extensive text messages and approximately four thousand of cell phone calls, as to the instant charge, a search warrant for the Defendant's home.  Further a Superseding Indictment where Count One exceeds, the undersigned understands, 100 pages is forthcoming.

2.    That on 30 March the undersigned underwent quintuple by-pass surgery and is currently recuperating and awaiting "clearance" to begin rehabilitation and therapy.

3.     That the undersigned's surgeon and cardiologist have advised that the undersigned will be away from his office at least for full time work and unable to try cases until late July to avoid any undue stress.

4.     That the Defendant was originally housed at the Gun Club facility then abruptly moved to Fort Pierce facility where he was housed for several months while the time for Motions was pending.  Shortly <u>after</u> the undersigned filed Motions in this matter the Defendant was returned to the Gun Club facility.

5.     That as advised the undersigned is restricted from driving due to the fact that his chest is still in the healing process from the open heart surgery, however the undersigned did drive holding a pillow over his chest to block the seat belt to visit the Defendant at Gun Club after receipt of the Government's Response to the Defendant's Motions.  This itself was difficult.

6.     That the undersigned would respectfully request that, due to his condition, this Court request the Marshal that the Defendant remain at the Gun Club facility as it is less of a hardship to travel forty minutes rather than a four hour drive round trip to Fort Pierce.

7.     That while the undersigned is doing light work from home and an occasional visit to the office, still the Defendant needs to be accessible so that the undersigned can prepare his case for responsive Motions as well as Supplemental Motions and trial.

8.     Mr. Paul Schwartz, Assistant United States Attorney, previously advised the undersigned at the time of the filing of the previous Motion that he had no objection to returning Mr. George to Gun Club from Fort Pierce.  Mr. George is currently being housed at the Gun Club facility and the undersigned assumes the

Government would still have no objection to which facility he is housed at as long as he is in custody.

9. The Defendant previously imposed upon the Court to have the Defendant returned to Gun Club and the Court, of course, advised that it could not order the United States Marshals to so do and would request the same, however the Defendant was not moved for months.

10. The Defendant is being pretrial detained but is by statute entitled to reasonable access to his attorney and the Defendant respectfully submits, considering the number of pretrial detention facilities available, that to move the Defendant hours away from his attorney under these circumstances violates the spirit and intent of the pretrial detention statute.

WHEREFORE the Defendant would request that this Motion be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Lawrence D. LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

Paul Schwartz, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:____*/Fred Haddad_____
       FRED HADDAD
       Florida Bar No. 180891
       Email: Dee@FredHaddadLaw.com