UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
    Defendant.
_____/

## UNOPPOSED MOTION FOR TWENTY DAY EXTENSION
## OF TIME TO FILE REPLY

COMES NOW the Defendant aforesaid through the counsel undersigned and makes this Unopposed Motion for Twenty Day Extension of Time to File Reply and as grounds would state as follows:

1.    The Defendant, yesterday [Tuesday, 17 May], received the Government's Response to his

Motion to Quash Wiretap.

2.    The Motion to Quash Search Warrant is partially dependant on the Motion to Quash Wiretap.

3.    The undersigned, for sake of convenience and continuity, would move to file a single Reply addressing both Government's Responses.

4.    The undersigned was in the process of preparing a Reply to the Search Warrant Response, however the undersigned has furnished the Government lists of discovery he believes is necessary to fully complete a reply to those Responses.

5. The undersigned is meeting with the prosecutors tomorrow [Thursday, 19 May] and matters of discovery will be discussed.

6. That besides what the undersigned has already outlined about the complexities of the case the undersigned would quote the following from other Government counsel's Motion for Extension of Time to File Forfeiture Complaints:

> This will be a complex case involving 40 defendants out of which 10 are medical experts and one statistician expert for their testimony and to assist the agents with the review of the 27,000 (Twenty seven thousand) patient files. The review of the voluminous files has taken an enormous amount of time and is expected to continue for approximately another 4 to 5 weeks.

7. Mr. Lawrence D. LaVecchio, Assistant United States Attorney, has advised that he has no objection to the granting of this Motion.

WHEREFORE the Defendant would request that this Motion be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Lawrence D. LaVecchio, Esq.  
Office of the United States Attorney  
500 E. Broward Blvd., 7th Floor  
Fort Lauderdale, Florida 33301

Paul Schwartz, Esq.  
Office of the United States Attorney  
500 E. Broward Blvd., 7th Floor  
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.  
One Financial Plaza, Suite 2612  
Fort Lauderdale, Florida 33394  
Tel:   [954] 467-6767  
Fax:   [954] 467-3599

By:___*/Fred Haddad_____  
       FRED HADDAD  
       Florida Bar No. 180891  
       Email: Dee@FredHaddadLaw.com