UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
    Defendant.
_____/

### NOTICE OF WITHDRAWAL OF PENDING MOTIONS

COMES NOW the Defendant, aforesaid through the counsel undersigned, and advises the Court that he hereby withdraws the following pending Motions:

1. Initial Motion to Quash Search Warrant and Suppress Evidence [Defendant's Residence] and Related Conversations with Authority.

2. Motion to Suppress all Conversations Captured on Third Wiretap [March 2, 2010] Particularly, for this Matter, Conversations Regarding Firearms.

3. Initial Motion to Suppress Wiretap Evidence and Incorporated Memorandum of Law.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Lawrence D. LaVecchio, Esq.  
Office of the United States Attorney  
500 E. Broward Blvd., 7th Floor  
Fort Lauderdale, Florida 33301

Paul Schwartz, Esq.  
Office of the United States Attorney  
500 E. Broward Blvd., 7th Floor  
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.  
One Financial Plaza, Suite 2612  
Fort Lauderdale, Florida 33394  
Tel:   [954] 467-6767  
Fax:   [954] 467-3599

By:____*/Fred Haddad_____  
         FRED HADDAD  
         Florida Bar No. 180891  
         Email: Dee@FredHaddadLaw.com