UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-80149CR-KAM
Magistrate Judge Hopkins

UNITED STATES OF AMERICA,

-vs-

CHRISTOPHER GEORGE,
        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, Christopher George, through counsel undersigned and makes this Unopposed Motion to Continue in this matter and as would state as follows:

1.      The Trial in this matter is scheduled for Calendar Call on July 29, 2011 with a two week period beginning August 1, 2011.

2.      That due to reasons previously stated in Motions before this Court as well as ongoing plea negotiations, the parties would request that this matter be continued.

3.      That this matter is expected to resolve.

WHEREFORE the Defendant would request that this Motion be granted.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 22<u>nd</u> day of July, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## <u>SERVICE LIST</u>

Lawrence D. LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

Paul Schwartz, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33301

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:____*/Fred Haddad_____
　　　FRED HADDAD
　　　Florida Bar No. 180891
　　　Email: Dee@FredHaddadLaw.com