UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.10-80149-Cr-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CHRISTOPHER PAUL GEORGE, and
JEFFREY GEORGE et al.

        Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE:** 3574 LAGO DE TALAVERA, LAKE WORTH, FL.

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEE any interest in the real property described hereinunder.

    NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on August 11, 2011 an Superseding Indictment was returned by a Grand Jury sitting in the Southern District of Florida, Broward Division, charging the above defendants, and others known and unknown to the Grand Jury, with violations of 21 U.S.C. §§ 846 and 841(a)(1) most particularly charging in the forfeiture count that the following described real property, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, has become and is condemned and forfeit to the United States of America under the provisions of 21 U.S.C. § 853 . The property which is subject to criminal forfeiture is located at 3574 LAGO DE TALAVERA, LAKE WORTH, FL., 33467 and is more particularly described as:

LOT 77, OF THE PLAT OF TALAVERA P.U.D., ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 105, PAGE 44, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, PARCEL CONTROL NUMBER 00-42-44-19-09-000-0770,

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By.   *William H. Beckerleg, Jr.*
WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida  33394
Tel: (954) 660-5724
Fax: (954) 356-7180
Fla. Bar No.  A5500074