# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case Number: 10-80149-CR-MARRA |
| | ) |
| CHRISTOPHER PAUL GEORGE, | ) USM No: 95700-004 |
| | ) |
| | ) |
| Date of Original Judgment: 2/3/12 | ) |
| Date of Previous Amended Judgment: 4/14/14 | ) |

*(Use Date of Last Amended Judgment if any)*

### Order Regarding Motion for Sentence Reduction
### Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS HEREBY ORDERED** that the Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2) [DE's 1511 and 1513] are **DENIED**. The Defendant is not eligible for a sentence reduction because the amended guidelines do not have the effect of reducing Defendant's original guideline sentencing range. At the time of Defendant's original sentencing, the base offense level for his controlled substance related offense was 38, and under the revised drug quantity table, his base offense level remains 38.

**DONE and ORDERED** in West Palm Beach, Florida, this 14th day of December, 2015.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

All counsel