IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:10-cr-80149-KAM-3

UNITED STATES OF AMERICA

vs.

CHRISTOPHER PAUL GEORGE,

Defendant,

_____/

FILED BY _ccs_ D.C.

NOV 24 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### DEFENDANT'S, CHRISTOPHER PAUL GEORGE, RESPONSE TO THE GOVERNMENT'S RESPONSE OF THE MOTION TO COMPEL GOVERNMENT TO FILE RULE 35 MOTION

Defendant Christopher George responds to the Government's response of his Motion to Compel. George agrees with the Government's recommendation as to a 5% reduction for providing substantial assistance that led to the arrest and conviction of 3 individuals, one being as federal correction officer.

### POST CONVICTION CONDUCT

George has spent over 11 years in the custody of the Bureau of Prisons. During that time, George has never had any incident report or disciplinary action.

George is now serving the last 12 months of his sentence at a halfway house in West Palm Beach. Since starting the halfway house portion of his sentence, George has been fully employed and in compliance with all the requirements and rules, also with no incident reports or disciplinary action.

### EVIDENTIARY HEARING

George does not request an evidentiary hearing.

### CONCLUSION

George was released from prison on September 22, 2021, after serving 11 years with clear conduct. George is now finishing the last 12 months of his sentence in the federal halfway house and has 10 months left. George has already served all of his actual prison time.

After providing substantial assistance George respectfully asks the court to reduce his sentence by 5% to 159.6 months' incarceration.

Dated: November 22, 2021,                                              Respectfully submitted,

                                                                       Christopher George
                                                                       Register No. 95700-004
                                                                       1861 Primrose Lane
                                                                       Wellington, FL 33414
                                                                       Tel: 561-762-9887
                                                                       Email: ChrisGeorgeWPB@gmail.com

VERIFICATION

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct expect as to those matters stated on my information and believe and as to those matters, I believe them to be true.

Executed this 22nd day of November 2021.

                                                                       Christopher George

**CERTIFICATE OF SERVICE**

I, Christopher George, hereby certify that on this 22nd day of November, 2021, I delivered a copy of the foregoing: Defendant, Christopher George's, Motion to Compel Government to File Rule 35 Motion to the Federal Bureau of Prisons for mailing to the U.S. Attorney's Office. The foregoing document was hand-delivered in a sealed envelope with postage fully prepaid and addressed to the following: Paul Schwartz, Esq., U.S. Attorney's office, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394.

Christopher George

I declare the foregoing is true under the penalty of perjury.

Christopher George
Register No. 95700-004
1861 Primrose Lane
Wellington, FL 33414
Tel: 561-762-9887
Email: ChrisGeorgeWPB@gmail.com

3

Chris George
1861 Primrose Ln.
Wellington, FL 33414

WEST PALM BCH FL 334
22 NOV 2021 PM 4 L

U.S. District Court
701 Clematis St.
Room 202
WPB, FL 33401

33401-511352