UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER PAUL GEORGE,

    Defendant.
_____/

## ORDER REDUCING SENTENCE AND AMENDING JUDGMENT AND COMMITMENT ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion to Compel Government to File Rule 35 motion [DE 1609] and Government's Response to Defendant's Motion to Compel the Government to File a Rule 35 motion [DE 1611]. The Court has reviewed the motion and response and is fully advised as to the facts and circumstances of this case, and it is therefore

**ORDERED and ADJUDGED** that:

1. The motion for a reduction of sentence is **GRANTED.**

2. The amended judgment imposed by this Court on August 14, 2014, committing the Defendant to the custody of the Bureau of Prisons to be imprisoned for a term of 168 months, is amended and reduced to a term of **159.6 months.**

3. In all other respects, the Amended Judgment imposed on April 14, 2014, shall remain in full force and effect.

4. Pursuant to Fed. R. Crim. P. 43(b)(4), the Court has determined that a hearing on the motion is not warranted. Defendant's Motion to Compel Government to File Rule 35 motion **[DE 1609]** is terminated as moot.

**DONE and ORDERED** in West Palm Beach, this 29th day of November, 2021.

KENNETH A. MARRA
United States District Judge

cc:   All counsel
      U.S. Probation
      U.S. Marshal