UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 10-80149-CR-Marra

v.

CHRISTOPHER GEORGE,

Defendant.

FILED BY NC D.C.

FEB 2 0 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Pro se Defendant, Christopher George, pursuant to 18 U.S.C. 3583(e)(1), respectfully moves this honorable court to enter an order for early termination of supervised release and in support thereof states the following:

This is my second filing to ask for my probation to be terminated early. The first was denied when I had 50% of my probation completed. I now have 67% completed, 2 of the 3 years.

I compared myself to Ethan Baumhoff, a codefendant, last time who was the most closely related to me in this case. There were a few differences like me having 22 million pills compared to his 18 million, or my offense level being 42 compared to his 38. I agree mine was worse and why I felt having done proportionally more time on probation and now would now be a time that I would be qualified to have probation terminated. I've done proportionally more probation than Baumhoff has.

I have done 67% of my probation which is 34% more than the 50% Baumhoff did.

And based on how much higher my offense level and drug level was
My offense level was 42 which is 10% more than 38 Baumhoff had.

My drug level 22m which is 22% more than 18m Baumhoff had.

Baumhoff did engage in other criminal activities which he wasn't charged for, while I was charged for everything they could possibly charge me for. He was the one who was going to quit working for me and take a job by an undercover officer to launder their money and at one point he did "transport some kind of package". He actually wanted that job and the government had to make an excuse why they couldn't offer him it anymore because it was just a set up. Baumhoff also lied to court about his income in order to not pay child support, this is just wrong when you deprive your own kid when you can afford it. Then he comes to court telling you have much that his kid means and he needs to be there for him.

The AUSA previously said it defers its response based on what probation recommends. Probation will not recommend me getting off early based on some guidelines they have. These are not set in stone but how they operate. I'm not asking for the government to respond unless it's necessary since their answer will be the same as last time and I don't want to waste anyone's time.

WHEREFORE, the Defendant respectfully requests that this court grant early termination of the one supervised release. The Defendant has already served 67% of his probation.

Dated: February 11, 2024.

Respectfully submitted,

Christopher George, Defendant, Pro Se
1861 Primrose Lane
Wellington, FL 33414
561-762-9887

Chris George
1861 Primrose Ln
Wellington FL 33414

WEST PALM BCH FL 334
16 FEB 2024 PM 3 L

US Federal Courthouse
701 Clematis St. Rm 202
WPB, FL 33401

33401-511352